ACCEPTED
06-16-00067-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/15/2016 5:36:32 AM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS
## TEXARKANA, TEXAS

## 06-16-00067-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/15/2016 5:36:32 AM

DEBBIE AUTREY
Clerk

### MICHAEL ALAN HODGES

### VS.

### THE STATE OF TEXAS

## MOTION FOR LEAVE TO FILE LATE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant and files this motion and request for an extension of time to file his brief and would show unto the Court the following:

| | |
|---|---|
| Court below: | 54th District Court |
| Cause number below: | No 2014-1486-C2 |
| Date Petition for Discretionary Review refused: | NA |
| Present deadline for filing Appellant's Brief: | August 12, 2016 |
| Days requested by this extension: | 3 days |
| Date to which extension is requested: | August 15, 2016 |
| Number of extensions previously granted: | 4 |

Hodges, Michael                                                                              1

## I.

The Appellant's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Charles W. McDonald, the attorney signing this motion, Pursuant to TEX. R. APP. PROC. 10.5(b), namely:

## II.

Counsel had gone through the record several times and had put together a detailed Anders brief. Upon checking one last area of concern, counsel discovered during final proofing a potential charge error. Counsel is extremely reticent and loath to ever file an Anders brief. Thankfully, it turned out, upon further research, that the error was viable and not frivolous. Consequently, counsel had to completely rewrite the brief. The error was discovered Friday evening. The new brief is being filed along with this motion.

## III.

Appellant requests that the Court grant this motion and extend the time and deadline for the filing of appellant's brief as asked for, or the Court grant such additional time as is just and proper, and accordingly, Appellant so prays.

Respectfully submitted,

/s/*Charles W. McDonald*
Charles W. McDonald
2024 Austin Avenue
Waco, Texas 76701
Phone: (254) 752-9901
Fax: (254) 754-1466
SBOT No. 13538800
Email: ringwraith1cwm@aol.com

SWORN TO by Charles W. McDonald on this 15th day of August, 2016.



JOEDON SAM DELANEY
Notary ID # 128855970
My Commission Expires
February 8, 2020

Joedon Sam Delaney, Notary Public
State of Texas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this brief was served electronically on the 15th day of August, 2016 to: counsel for the State, Sterling Harmon, sterling.harmon@co.mclennan.tx.us.

/s/*Charles W. McDonald*
Charles W. McDonald